UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

FILED by ___ D.C.
JAN 09 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Desi Lamon Williams Sr.
(Write the full name of the plaintiff)

vs.

West Palm Beach Hospital
Alvino, Adolfo MD
Rhonda A. Howhl Dr.

cat/civ 550/1983/wPB
Case # _____
Judge _____ Mag. WHITE
Motn Ifp YES  Fee pd $ 0
Receipt # _____

(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: Desi Lamon Williams Sr.
Address: Palm Beach Jail P.O. Box 24716
West Palm Beach FL. 33416

Inmate/Prison No.: 0154731

Year of Birth: 73 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: West Palm Beach Hospital   Defendant: Alvino Adolfo MD
Official Position: Hospital   Official Position: MD
Place of Employment: West Palm Beach FL,   Place of Employment: West Palm Beach FL,

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

vs.

Defendat: Dr. Rhonda A. Howhl

Official Position ___Dr.___

Place of Employment ___West Palm Beach FL.___

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not idude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

(1) Dr. Alvino Adolfo gave the orders to forcely inject me with two kinds antipsychotic drugs in a nonemergency setting. (2) Dr. Rhonda A. Howhl was negligent for injecting me with mind alterring drugs not asking was I on prescribed medication. She then locked me in a room witch I couldn't see a way to open the door from the inside. and no one came to chek on me not once. I was Baker Act and diagnosd

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

What I am requesting is a payment from Drs. Alvino Adolfo / Dr. Rhonda A. How l" and West Palm Beach Hospital for administering a chemical restraint as a punsihment when there was no sing of an immediate danger. And the payment I'm asking for will be separately. Thank you!

_____

_____

### IV. Jury Demand

Are you demanding a jury trial?   ✓ Yes   ___ No

Signed this 01-~~~~~~~ day of __1__, 20 17

_Desi Samon Williams_
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: 1/2/17

_Desi S Williams_
Signature of Plaintiff

[Notary seal: Michael Santoro, Notary Public, State of Florida, Commission # FF221235, Expires 04/15/2019]

1/2/17

## II Statement of Claim

on 5-24-15 as suicida ideation, homicidal ideation agressive behavior, violent behavior, bizarre behavior. Dr. Rhonda A. Howh I did not worn me about Central Nevous System Agents: (Lorazepam) and (Ziprasidone). In this is why Im asking for a civile mater with the courts. (3) West Palm Beach Hospital was negligent for involuntary intoxicating me when I was'nt in a psychotic state by the time I got to the hospital. They then release me to the community and to my family with out me seeing a psychiatrist after they injected me with mind alterring drugs. Hours later I took a pain pill witch I was prescribed for a gun shot wome and I blanked out and the next thing I no I was locked up for putting a gun to my girlfriends and my nephews head saying there trying to get me, people was coming through the walls. I was then rush to Bethesda, Health Hospital 5-24-15 waiting for my vital sings to get to nomal to be medical clearance for jail. My charges was two counts of first degree murder witch the state did drop to a less afence that I'm on my way to Oricon for now. Thanks for your time Leo' S. Williams

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

(1) Dr. Alvino, Adolfo gave the orders to forcely inject me with two kinds antipsychotic drugs in a nonemergency setting. (2) Dr. Rhonda A. Howhl was negligent for injecting me with mind alterring drugs not asking was I on prescribed medication. She then locked me in a room witch I couldn't see a way to open the door from the inside. and no one came to chek on me not once. I was Baker Act and diagnosd

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

What I am requesting is a payment from Drs. Alvino, Adolfo / Dr. Rhonda A. How l" and West Palm Beach Hospital for administering a chemical restraint as a punsihment when there was no sing of an immediate danger. And the payment I'm asking for will be separately. Thank you!

## II Statement of Claim

on 5-24-15 as suicida ideation, homicidal ideation agressive behavior, violent behavior, bizarre behavior. Dr. Rhonda A. Howhl did not worn me about Central Nevous System Agents: (Lorazepam) and (Ziprasidone). In this is why Im asking for a clivile mater with the courts. (3) West Palm Beach Hospital was negligent for involuntary intoxicating me when I was'nt in a psychotic state by the time I got to the hospital. They then release me to the Community and to my family with out me seeing a psychiatrist after they injected me with mind alterring drugs. Hours later I took a pain pill witch I was prescribed for a gun shot wome and I blanked out and the next thing I no, I was locked up for putting a gun to my girlfriends and my Nephews head saying there trying to get me, people was coming through the walls. I was then rush to Bethesda Health Hospital 5-24-15 waiting for my vital sings to get to nomal to be medical Clearance for jail. My charges was two counts of first degree murder witch the state did drop to a less afence that I'm on my way to Prison for now. Thanks for your time Leo P. Williams

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

(1) Dr. Alvino, Adolfo gave the orders to forcely inject me with two kinds antipsychotic drugs in a nonemergency setting. (2) Dr. Rhonda A. Howhl was negligent for injecting me with mind alterring drugs not asking was I on prescribed medication. She then locked me in a room witch I couldn't see a way to open the door from the inside. and no one came to check on me not once. I was Baker Act and diagnosd

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

What I am requesting is a payment from Drs. Alvino Adolfo / Dr. Rhonda A. How 1" and West Palm Beach Hospital for administering a chemical restraint as a punsihment when there was no sing of an immediate danger. And the payment I'm asking for will be separately. Thank you!

II Statement of Claim

on 5-24-15 as suicida ideation, homicidal ideation agressive behavior, violent behavior, bizarre behavior. Dr. Rhonda A. Howh I did not worn me about Central Nevous System Agents! (Lorazepam) and (Ziprasidone). In this is why Im asking for a civile mater with the courts. (3) West Palm Beach Hospital was negligent for involuntary intoxicating me when I was'nt in a psychotic state by the time I got to the hospital. They then release me to the Community and to my family with out me seeing a psychiatrist after they injected me with mind alterring drugs. Hours later I took a pain pill witch I was prescribed for a gun shot wome and I blanked out and the next thing I no I was locked up for putting a gun to my girlfriends and my Nephews head saying there trying to get me, people was coming through the walls. I was then rush to Bethesda, Health Hospital 5-24-15 waiting for my vital sings to get to nomal to be medical Clearance for jail. My charges was two counts of first degree murder witch the state did drop to a less afence that I'm on my way to Prison for now. Thanks for your time  Leo P. Williams

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

(1) Dr. Alvino, Adolfo gave the orders to forcely inject me with two kinds antipsychotic drugs in a nonemergency setting. (2) Dr. Rhonda A. Howhl was negligent for injecting me with mind alterring drugs not asking was I on prescribed medication. She then locked me in a room witch I couldn't see a way to open the door from the inside. and no one came to check on me not once. I was Baker Act and diagnosd

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

What I am requesting is a payment from Drs. Alvino Adolfo / Dr. Rhonda A. How l" and West Palm Beach Hospital for administering a chemical restraint as a punsihment when there was no sing of an immediate danger. And the payment I'm asking for will be separately. Thank you!

II Statement of Claim

on 5-24-15 as suicida ideation, homicidal ideation agressive behavior, violent behavior, bizarre behavior. Dr. Rhonda A. Howh I did not worn me about Central Nevous System Agents (Lorazepam) and (Ziprasidone). In this is why I'm asking for a civil mater with the courts. (3) West Palm Beach Hospital was negligent for involuntary intoxicating me when I was'nt in a psychotic state by the time I got to the hospital. They then release me to the community and to my family with out me seeing a psychiatrist after they injected me with mind alterring drugs. Hours later I took a pain pill witch I was prescribed for a gun shot wome and I blanked out and the next thing I no, I was locked up for putting a gun to my girlfriends and my nephews head saying there trying to get me, people was coming through the walls. I was then rush to Bethesda Health Hospital 5-24-15 waiting for my vital sings to get to nomal to be medical clearance for jail. My charges was two counts of first degree murder witch the state did drop to a less afence that I'm on my way to prison for now. Thanks for your time Leo S. Williams



Desir L Williams # 015473,
Palm Beach, County Jail
P.O. Box 24716
WEST PALM BEACH, FL 33416
West Palm Beach

Legal Mail

Clerks Office

United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL. 33128-7716

Attention
This Letter Originates From The Palm Beach
County Jail Inmates Mail Is Uncensored
The Sheriff Cannot Assume Responsibility
For Its Contents